**Homer L. CUPPLES v. Luther K. ZERBE, Board of County Commissioners of Stark County, Ohio, Board of Trustees of Tuscarawas Township, Stark County, Ohio, Stark County Engineer.**

No. 9315.

Circuit Court of Appeals, Sixth Circuit.

Feb. 15, 1943.

Homer L. Cupples, of Washington, D. C., in pro per.

A. C. L. Barthelmeh and D. Deane Mc-Laughlin, both of Canton, Ohio, for appellees.

Before HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

## PER CURIAM.

This case having been heard and considered upon the record, upon the briefs submitted by the litigants, and upon oral argument of the appellant in propria persona and of the appellees by their counsel, and it appearing that there is substantial evidence in the record to support the findings of fact upon which the district court appropriately adjudicated, the decree of the district court is affirmed.